# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 16, 2025

SEAN F. MCAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Smitherman, Sam Leslie | Docket No. | 0980 2:23CR00115-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Corey M McCain, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Sam Leslie Smitherman, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Spokane, Washington, on the 23 day of October 2024, under the following conditions:

**Condition #6:** Defendant shall report to the United States Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** On October 30, 2024, a U.S. Probation Officer reviewed the pretrial release conditions with Mr. Smitherman. He signed his release conditions acknowledging an understanding, to include condition number 6.

It is alleged Mr. Smitherman is in violation of his conditions of pretrial release by failing to report to the U.S. Probation Office and U.S. Marshals Office as directed on May 12, 2025.

On May 9, 2025, the undersigned officer learned Mr. Smitherman failed to comply with a Court order that was filed on April 1, 2025 (ECF No. 47). The Court order directed Mr. Smitherman to self surrender for an in-custody competency evaluation by April 11, 2025.

On May 9, 2025, the undersigned officer contacted Mr. Smitherman on his phone. He was directed to report to the U.S. Probation Office and surrender to the U.S. Marshals Office by 12 p.m., on May 12, 2025. Mr. Smitherman failed to report as directed.

Due to Mr. Smitherman failing to report as directed, the undersigned office called Mr. Smitherman at 7:55 a.m. and 4:11 p.m. on May 14, 2025. Messages were left on his phone directing him to report to the U.S. Probation Office by 12 p.m. on May 15, 2025, and to also call the undersigned officer. Again, Mr. Smitherman failed to report as directed and the messages left by the undersigned officer have gone unanswered.

### PRAYING THAT THE COURT WILL ORDER A WARRANT

| | |
|---|---|
| | I declare under the penalty of perjury that the foregoing is true and correct. |
| | Executed on:  May 16, 2025 |
| by | s/Corey M. McCain |
| | Corey M. McCain<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Signature of Judicial Officer*

May 16, 2025
Date