UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAM LESLIE SMITHERMAN,<br><br>Defendant. | NO: 2:23-CR-0115-TOR<br><br>ORDER DENYING RECONSIDERATION |

BEFORE THE COURT is the Defendant's Motion for Reconsideration and Motion to Expedite. ECF Nos. 58 and 59. The Court has considered the motion and opposing pleading and is fully informed.

Because Defendant has not complied with the Court's orders, the motion for reconsideration is denied.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Motion for Reconsideration, ECF No. 58, is **DENIED**.

2. Defendant's Motion to Expedite, ECF No. 59, is **GRANTED**.

ORDER DENYING RECONSIDERATION ~ 1

    3. The Government shall immediately comply with the Court's Order at ECF No. 47, for a competency evaluation.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED June 13, 2025**.



THOMAS O. RICE
United States District Judge

ORDER DENYING RECONSIDERATION ~ 2